| | |
|---|---|
| 1 | Matthew R. Bainer, Esq. (S.B.#220972) |
|   | mbainer@scalaw.com |
| 2 | Kevin R. Allen, Esq. (S.B. #237994) |
|   | kallen@scalaw.com |
| 3 | **SCOTT COLE & ASSOCIATES, APC** |
|   | 1970 Broadway, Ninth Floor    E-FILED 05/19/10 |
| 4 | Oakland, California 94612 |
|   | Telephone: (510) 891-9800 |
| 5 | Facsimile: (510) 891-7030 |
|   | web: www.scalaw.com |
| 6 | |
| 7 | Attorneys for Representative Plaintiff and the Plaintiff Class |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD SCHWEINSBURG, individually, and on behalf of all others similarly situated, | Case No. CV09-8139 PSG (JCx) |
| | **CLASS ACTION** |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING STIPULATION TO ADVANCE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL FOR CLASS ACTION SETTLEMENT TO JUNE 7, 2010** |
| vs. | |
| PARAGON SYSTEMS, INC., dba PARASYS, INC., and DOES 1 through 100, inclusive, | |
| | **Date:** July 12, 2010 |
| | **Time:** 1:30 p.m. |
| Defendants. | **Room:** 880 |
| | **Judge:** Hon. Philip S. Gutierrez |

The Court, having carefully considered the parties' Stipulation to Advance Hearing on Plaintiff's Motion for Preliminary Approval for Class Action Settlement to June 7, 2010, hereby **ORDERS** as follows:

**IT IS HEREBY ORDERED THAT:**

1.  That a hearing will be held on June 7, 2010 at 1:30 p.m. to consider Plaintiff's Motion for Order (1) Granting Preliminary Approval of the Class Action Settlement Agreement; (2) Granting Conditional Certification of the Settlement Class; (3) Appointing Class Counsel; (4)

Appointing Class Representative; (5) Appointing Claims Administrator; (6) Approving Class Notice Package and Timeline for Administration (Docket Nos. 23 and 24);

    2.    The July 12, 2010 hearing date on the above-referenced Motion is hereby vacated.

**IT IS SO ORDERED.**

Dated:  05/18/10

## PHILIP S. GUTIERREZ

The Honorable Philip S. Gutierrez
United States District Court Judge

SCOTT COLE & ASSOCIATES, APC
ATTORNEY'S AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL.: (510) 891-9800